UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 22-54-DLB-EBA

EMMA COLEMAN                                                                                      PLAINTIFF

v.                                                    JUDGMENT

WAL-MART STORES EAST, LP, et al.                                                      DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \*

Consistent with the Memorandum Opinion and Order entered contemporaneously today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, with the Court being otherwise sufficiently advised,

**IT IS ORDERED and ADJUDGED** as follows:

(1) **JUDGMENT** is entered **in favor of Defendant Wal-Mart Stores East, LP** on Count I of Plaintiff Emma Coleman's Complaint (Doc. # 1-1);

(2) **JUDGMENT** is entered **in favor of Defendant Stanley Access Technologies LLC** on Count II of Plaintiff Emma Coleman's Complaint (Doc. # 1-1);

(3) **JUDGMENT** is entered **in favor of Defendant C & C Doors, LLC** on Count III of Plaintiff Emma Coleman's Complaint (Doc. # 1-1);

(4) This matter is hereby **STRICKEN** from the Court's active docket; and

(5) This is a **FINAL and APPEALABLE** Order, and no just cause for delay exists.

1

This 30th day of October, 2023.



Signed By:
*David L. Bunning*
United States District Judge

K:\DATA\ORDERS\PikeCivil\2022\22-54 Judgment.docx